

09-CR-05452-ORD

Judge Robert J. Bryan

FILED _____ LODGED
_____ RECEIVED
DEC 15 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIELA SAFR, <br><br> Defendant. | NO. CR09-5452RJB <br><br> ~~(PROPOSED)~~ <br> ORDER TO SEAL |

Having read the Government's Sentencing Memorandum in the above-captioned case, which was filed under seal, and the Government's Motion to Seal, requesting that the document remain under seal,

It is hereby ORDERED that the Government's Sentencing Memorandum in this matter shall remain sealed.

DATED this 15 day of December, 2009.

ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Roger S. Rogoff*
ROGER S. ROGOFF
Washington State Bar No. 23362
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:   (206) 553-4330
Fax:     (206) 553-4440
Email: Roger.Rogoff@usdoj.gov

Order to Seal - Page 1
Safr/CR09-5452RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970